UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No.: 1:08-CR-014-SPM

BRANDON TERELL STEVENSON,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

PURSUANT TO the Report and Recommendation (doc. 165) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **BRANDON TERELL STEVENSON**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this <u>nineteenth</u> day of December, 2008.


                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge