IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 1:08cr14-SPM/AK

BRANDON TERRELL STEVENSON,

          Defendant.

_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's unopposed Motion to Continue (doc.

124) is granted.  The sentencing hearing is reset for 1:30 p.m. on March 2, 2009,

at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 30th day of January, 2009.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge