IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.                                              CASE NO.   1:08-cr-14-RS-GRJ
                                                                                                1:11-cv-162-RS-GRJ

**BRANDON TERRELL STEVENSON,**

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 278) and Defendant's Objections (Doc. 280). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Defendant's motion to vacate, set aside, or correct sentence (Doc. 265) is **DENIED**.

3. The certificate of appealability is **DENIED** because Defendant did not make a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on November 27, 2013.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**